# 11 CRIM 694

In the United States District Court

for the __Central__ District of __California__

LODGED
2011 AUG -8 PM 3:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ BR

United States of America

v.

Hector X. Monsegur

Criminal No. _____

FILED
CLERK, U.S. DISTRICT COURT
AUG 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Hector X. Monsegur__, defendant, have been informed that a n __Information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __August 5th__, ~~19~~ 20__11__ at __New York, NY__

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 8/12/11

Approved

_____
Andre Birotte Jr.
United States Attorney for the

_____
Preet Bharara / By James Pastore
United States Attorney for the