


UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR No.     CR11 0756
                                    )
            Plaintiff,              )   I N F O R M A T I O N
                                    )
       v.                           )   [18 U.S.C. §§ 1030(a)(5)(A),
                                    )   (c)(4)(B)(i): Unauthorized
HECTOR XAVIER MONSEGUR,             )   Impairment Of A Protected
  aka "Sabu,"                       )   Computer; 18 U.S.C. § 2(a):
  aka "Xavier DeLeon,"              )   Aiding and Abetting]
  aka "Leon,"                       )
                                    )
            Defendant.              )
                                    )

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), and 2]

In or about 2011, in the Central District of California, the Southern District of New York, and elsewhere, defendant HECTOR XAVIER MONSEGUR, also known as ("aka") "Sabu," aka "Xavier DeLeon," aka "Leon" ("defendant"), knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, a program, a system, and information on a computer system

that was used in interstate and foreign commerce and communications, specifically, the servers of Sony Pictures Entertainment ("Sony Pictures"), located in El Segundo, California, thereby causing loss to Sony Pictures aggregating to at least $5,000 in value during the calendar year 2011.

COUNT TWO

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), and 2]

In or about 2011, in the Central District of California, the Southern District of New York, and elsewhere, defendant HECTOR XAVIER MONSEGUR, also known as ("aka") "Sabu," aka "Xavier DeLeon," aka "Leon" ("defendant"), knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, a program, a system, and information on a computer system that was used in interstate and foreign commerce and communications, specifically, the servers of Fox Broadcasting Company ("Fox"), located in Los Angeles, California, thereby causing loss to Fox aggregating to at least $5,000 in value during the calendar year 2011.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

STEPHANIE S. CHRISTENSEN
ERIC D. VANDEVELDE
Assistant United States Attorneys
Cyber and Intellectual Property
Crimes Section

I hereby attest and certify on 08/10/11 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

1219

3

FORM OBD-101    Formerly USA-18
8-27-74

**11CRIM 694**

CR 11 0766

## RULE 20—TRANSFER NOTICE

| TO: Andre Birotte Jr., U.S.A. CDCA<br>By: Stephanie Christensen, AUSA<br>    Eric Vandevelde, AUSA | DISTRICT To: CDCA<br>From: SDNY | DATE August 4, 2011 |
|---|---|---|
| NAME OF SUBJECT<br>Hector X. Monsegur | STATUTE VIOLATED<br>18 USC 1030 | FILE DATA<br>11 Cr. 666 (LAP) |

### PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.   Docket No. 11 Cr ____

[ ] Other (Specify):

FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA        DATE OF SENTENCE        SENTENCE

| FROM (Signature and Title):<br>Preet Bharara, U.S. Attorney, SDNY<br>By: James Pastore, AUSA | ADDRESS<br>One St. Andrew's Plaza<br>New York, NY 10007 |
|---|---|

### PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ____ on ____ at ____ o'clock.
(Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information.   Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title)<br>Andre Birotte, Jr., U.S. Attorney CDCA<br>By: _____ AUSA | DISTRICT<br>CDCA | DATE<br>8/8/2011 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedure under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ